469 P.2d 152

**STATE of New Mexico, ex rel. FRONTIER AIRLINES, INC., Relator,**

v.

**PROPERTY APPRAISAL DEPARTMENT,** State of New Mexico, and Haskel B. Smith, Director, Respondents.

No. 9048.

Supreme Court of New Mexico.

May 21, 1970.

TACKETT, Acting Chief Justice, and WATSON, SISK and McKENNA, Justices concurring.

COMPTON, Chief Justice, not participating.

Ordered that the alternative writ of Mandamus heretofore issued herein on May 4, 1970, be and the same is hereby quashed as having been improvidently issued.

469 P.2d 152

**Rudolph HUNTER, George Johnson, Carl "Gap" Hughes and Steve Tillet, Petitioners,**

v.

**The Honorable Joe ANGEL, Individually, and as Judge of the Fourth Judicial District of the State of New Mexico, sitting in and for the County of San Miguel, and the District Court of the Fourth Judicial District of said State, Respondent.**

No. 9055.

Supreme Court of New Mexico.

May 27, 1970.

COMPTON, Chief Justice, and TACKETT, WATSON, SISK and McKENNA, Justices concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on May 14, 1970, be and the same is hereby made permanent.